MICHAEL DOUSMAN *versus* JONATHAN N. BAILEY.

JOURNAL ENTRIES (1829–31): *Journal 4:* (1) Motion for rule to assign errors *p. 340; (2) rule to assign errors, continued *p. 342; (3) judgment affirmed *p. 421; (4) judgment *p. 435.

PAPERS IN FILE: (1) Affidavit for writ of error, allocatur; (2) writ of error and certificate of allowance; (3) affidavit of service of writ of error and notice; (4) transcript of record; (5) motion for rule to assign errors; (6) assignment of errors; (7) joinder in error.

*1824–36 Calendar,* MS p. 167.